IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARN INDUSTRIES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 19-482-RGA |
| | : | |
| HOLLEY PERFORMANCE PRODUCTS, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Plaintiff has filed a motion to dismiss. (D.I. 25). It has been briefed, and both sides request the same thing, that is, that all claims and counterclaims be dismissed without prejudice. Defendant further requests that I add that both sides should bear its own costs. (D.I. 27 at 2). Plaintiff did not respond to this point, and thus it is unopposed. Thus,

IT IS HEREBY ORDERED THAT all claims and counterclaims are **DISMISSED** without prejudice, with each party to bear its own costs.

IT IS HEREBY FURTHER ORDERED THAT the case is **CLOSED**.

Entered this 4th day of November 2019.

*/s/ Richard G. Andrews*
United States District Judge